# IN THE SUPREME COURT OF THE STATE OF NEVADA

BANK OF AMERICA, N.A., A
NATIONAL BANKING ASSOCIATION;
AND RECONTRUST COMPANY, N.A.,
A TEXAS CORPORATION,
      Appellants/Cross-Respondents,
vs.
HACIENDA NORTH HOMEOWNERS
ASSOCIATION,
      Respondent/Cross-Appellant.

No. 77824

**FILED**

JUL 2 2 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Timothy C. Williams, District Judge
      Akerman LLP/Las Vegas
      Maddox, Isaacson & Cisneros, LLP
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-30840